UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

THOMAS STANLEY,

    Plaintiff,

v.         3:08-cv-431

UNION COUNTY SHERIFF'S DEPARTMENT,
et al.,

    Defendants.

## MEMORANDUM

This is a *pro se* prisoner's civil rights action pursuant to 42 U.S.C. § 1983. The court dismissed as defendants the Union County Sheriff's Department and the Union County Jail, and allowed service of process on the remaining defendants, Sheriff Earl Loy, Jr. and Rodney Minor. Plaintiff has now filed a motion to dismiss this action as to the remaining defendants, stating he has no proof to support his complaint. The remaining defendants move to join in the motion to dismiss. Plaintiff's motion to dismiss [Court File No. 20] and defendants' motion to join [Court File No. 21] will be **GRANTED**, and this action will be **DISMISSED WITH PREJUDICE**. All other pending motions will be **DENIED** as **MOOT**.

    **AN APPROPRIATE ORDER WILL ENTER.**

                            s/ Thomas W. Phillips
                          United States District Judge